**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-6897**

—————————

ALEX THOMAS HUNT,

                                    Petitioner - Appellant,

        versus

E. E. WRIGHT, Warden,

                                    Respondent - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CA-99-795-AM)

—————————

Submitted:  January 11, 2001          Decided:  January 17, 2001

—————————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Alex Thomas Hunt, Appellant Pro Se.  Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alex Thomas Hunt seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Hunt v. Wright</u>, No. CA-99-795-AM (E.D. Va. filed June 5, 2000; entered June 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>